# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

CARRIE McNEAL,

               Plaintiff,           :        Case No. 3:11-cv-161

                                                     District Judge Timothy S. Black

       -vs-                          Magistrate Judge Michael R. Merz

                                 :

COMMISSIONER OF SOCIAL
    SECURITY,

               Defendant.

---

### ORDER VACATING REFERENCE

---

      The reference of the above-captioned case to Magistrate Judge Michael R. Merz pursuant to

the Dayton General Order of Assignment and Reference is hereby **VACATED**.

February 21, 2012.

                                    _Timothy S. Black_
                                       Timothy S. Black
                             United States District Judge