# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CARRIE McNEAL,**

    Plaintiff,

                              **CASE NO.    3:11-CV-161**

**-vs-**

                              **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is found not supported by substantial evidence, and **REVERSED**; and judgment shall be entered in favor of Plaintiff and the matter **REMANDED** to the Social Security Administration for an immediate aware of benefits; and that the case is **CLOSED**.

Date:   March 7, 2012                                     **JAMES BONINI, CLERK**

                                                                  By: s/ M. Rogers
                                                                    Deputy Clerk