# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CARRIE McNEAL,**

    Plaintiff,

                                  **CASE NO.    3:11-CV-161**

**-vs-**

                                  **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is found not supported by substantial evidence, and **REVERSED**; and judgment shall be entered in favor of Plaintiff and the matter **REMANDED** to the Social Security Administration for an immediate aware of benefits; and that the case is **CLOSED**.

Date:  March 7, 2012                               **JAMES BONINI, CLERK**

                                                               By: <u>s/ M. Rogers</u>
                                                               Deputy Clerk